UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHNSON CHRISTOPHER JAMERSON,

    Plaintiff,

v.                                                    Case No. 3:18cv1558-LC-CJK

JULIE JONES,

    Defendant.
_____/

## ORDER

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated August 8, 2018 (doc. 5). Plaintiff has been furnished a copy of the Report and Recommendation and been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Plaintiff has filed a Motion to Dismiss (doc 6).

After reviewing the Report and Recommendation and considering the motion, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 5) is adopted and incorporated by reference in this order.

2. This action is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. §

1915(g) and 28 U.S.C. § 1915A(b)(1).

    3. The clerk is directed to close the file.

**DONE AND ORDERED** this 22nd day of August, 2018.

        *s/L.A. Collier*
    **LACEY A. COLLIER**
    **SENIOR UNITED STATES DISTRICT JUDGE**